**Order entered October 21, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00862-CV

### DEBORAH ANN PRUITT, Appellant

### V.

### DOROTHY JEAN MULCIHY HYDE, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-01834-B**

### ORDER

On October 8, 2021, appellant filed a motion to withdraw notice of appeal. Before the Court is appellant's October 18, 2021 motion to withdraw the October 8 motion. We **GRANT** the motion and **WITHDRAW** the October 8 motion from consideration. The appeal remains pending.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE